U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 12 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50074-01 |
| versus | JUDGE WALTER |
| CHRISTOPHER WILFORK | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **CHRISTOPHER WILFORK** on October 26, 2006 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __12__ day of ____Feb____, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE